UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY DEWAYNE PARKER,

                Petitioner,

v.

RON HAYNES,

                Respondent.

No.  3:20-CV-5068-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Report and Recommendation (Dkt. 28) is **ADOPTED**.

(2)    Petitioner's Motion to Withdraw [Dkt. # 26] is **GRANTED**, Petitioner's Motion to Stay and Abey [Dkt. # 25] is denied as moot, and the federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**.

(3)    The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Reccomendation, and *in forma pauperis* status is revoked for purposes of appeal.

**DATED** this 9th day of September, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1